UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>OLD TOWN WAFFLE CLOVIS LLC<br>d/b/a OLD TOWN WAFFLE, et al.,<br><br>　　　　　　Defendants. | No. 1:15-cv-01683-DAD-MJS<br><br>ORDER DISMISSING ACTION AND<br>CLOSING CASE<br><br>(Doc. No. 13) |

On February 19, 2016, plaintiff filed a notice of voluntary dismissal of this action with prejudice.  (Doc. No. 13.)  No responsive pleading has been filed in the matter.  In light of this, the case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice.  Accordingly, the court directs the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **February 22, 2016**　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1